MICHELE BECKWTIH
Acting United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-MJ-00053-EPG |
| Plaintiff, | MOTION TO DISMISS PETITION FOR VIOLATION OF SUPERVISED RELEASE WITHOUT PREJUDICE; VACATE STATUS HEARING; ORDER |
| v. | |
| FERNANDO MENCHACA-FERNANDEZ, | |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, moves to dismiss without prejudice the Supervised Release Violation Petition ("the Petition") in the interest of justice. Dkt. 1.

The Petition charged Fernando Menchaca-Fernandez ("the defendant") with five charges, which include violations related to his underlying conduct involved in the pending criminal case, *United States v. Fernando Menchaca-Fernandez*, 1:25-cr-00046-KES-BAM. Therefore, in the interest of justice, the United States Probation Office and the government agreed to move to dismiss the pending Petition.

The government requests that the Court dismiss the Petition and vacate the Status Hearing currently scheduled for June 11, 2025.

| | | |
|---|---|---|
| Dated: May 29, 2025 | | MICHELE BECKWITH
Acting United States Attorney |
| | By: | /s/ ARELIS M. CLEMENTE
ARELIS M. CLEMENTE
Assistant United States Attorney |

MOTION TO DISMISS SUPERVISED RELEASE PETITION                           1

ORDER

IT IS HEREBY ORDERED that the Supervised Release Violation Petition is dismissed without prejudice in the interest of justice. Dkt. 1. The Status Hearing currently scheduled for June 11, 2025, is VACATED.

IT IS SO ORDERED.

Dated: May 29, 2025

_____
UNITED STATES DISTRICT JUDGE